UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAILWARE, INC.,<br><br>                              Plaintiff,<br><br>  -v-<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>                             Defendant. | CIVIL ACTION NO. 22 Civ. 5013 (KPF) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Thursday, November 2, 2023 at 3:00 p.m.** on the Court's conference line (the "Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the Conference, the parties shall be prepared their availability for a settlement conference.

Dated:       New York, New York
               October 4, 2023

                                                   SO ORDERED.

                                                   _____
                                                   **SARAH L. CAVE**
                                                   **United States Magistrate Judge**