UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAILWARE, INC.,

                      Plaintiff,

    -v-                                CIVIL ACTION NO. 22 Civ. 5013 (KPF) (SLC)

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK,                          **ORDER**

                      Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, November 2, 2023, the Court orders as follows:

1. The Court will schedule a settlement conference for **December 15, 2023** (the "Settlement Conference") by separate Order.

2. The parties shall continue to meet and confer regarding a mutually-agreeable protective order to govern the exchange of discovery prior to the Settlement Conference (the "Settlement Protective Order") and for purposes of the Settlement Conference only. In the event that the parties are unable to reach an agreement, by **November 8, 2023 at 5:00 p.m.**, the parties shall file a joint letter on the docket not exceeding six pages in length (the "Letter") setting forth each party's position with legal authority as to any disputed provision(s) of the Settlement Protective Order and attaching a draft of the Settlement Protective Order that reflects each party's version of the disputed provision(s).

3. The parties shall continue to meet and confer regarding the scope of discovery for purposes of the Settlement Conference, and to the extent that any disputes remain, may address those disputes in the Letter.

4. A telephone conference is scheduled for **Tuesday, November 21, 2023 at 12:00 p.m.** on the Court's conference line.  The parties are directed to call:  (866) 390-1828; access code:  380-9799, at the scheduled time.

Dated: New York, New York
November 2, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**