UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAILWARE, INC.,

                        Plaintiff,

   -v-　　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO. 22 Civ. 5013 (KPF) (SLC)

NATIONAL RAILROAD PASSENGER CORPORATION    **ORDER**
d/b/a AMTRAK,

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Thursday, November 16, 2023 at 12:00 p.m.** on the Court's conference line (the "Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the Conference, the parties shall be prepared to discuss the disagreements raised in their joint letter at ECF No. 58.

By **November 14, 2023 at 5:00 p.m.**, the parties shall file jointly on the docket the discovery requests—and any responses—referenced in their joint letter to the Honorable Katherine Polk Failla at ECF No. 54.

Dated:       New York, New York
              November 13, 2023

                                              SO ORDERED.

                                              _____
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**