UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAILWARE, INC.,

                        Plaintiff,

    -v-                                    CIVIL ACTION NO. 22 Civ. 5013 (KPF) (SLC)

NATIONAL RAILROAD PASSENGER CORPORATION     **ORDER**
d/b/a AMTRAK,

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, November 16, 2023 (the "Conference") in advance of the settlement conference (the "Settlement Conference") scheduled for December 15, 2023 (ECF No. 57), the Court orders as follows:

1. The Court will enter Plaintiff's proposed pre-Settlement Conference protective order by separate Order. (ECF No. 58-1).

2. Defendant's requests that Plaintiff respond to certain additional interrogatories and requests for production prior to the Settlement Conference beyond those agreed to by the parties and approved by the Honorable Katherine Polk Failla (see ECF Nos. 55; 58 at 6-7) are deemed to be resolved as discussed at the Conference and based on Plaintiff's agreement to provide a high-level response for settlement purposes only to Defendant's Interrogatory No. 3.

3. Any party may order a transcript of the Conference by completing the annexed transcript request form and submitting it to etranscripts@nysd.uscourts.gov

Dated:   New York, New York
         November 16, 2023

                                                                SO ORDERED.

                                                                _____
                                                                **SARAH L. CAVE**
                                                              **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.
**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $6.66 | 3 Day $6.00 | 7 Day $5.34 | 14 Day $4.68 | 30 Day $4.02 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |