UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAILWARE, INC.,

                        Plaintiff,

    -v-                                          CIVIL ACTION NO. 22 Civ. 5013 (KPF) (SLC)

NATIONAL RAILROAD PASSENGER CORPORATION
d/b/a AMTRAK,
                                                        **ORDER**

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

      Pursuant to the telephone conference held today, November 21, 2023 (the "Conference") in advance of the settlement conference (the "Settlement Conference") scheduled for December 15, 2023 (ECF No. 57), the Court orders as follows:

      1. Defendant shall search for and produce to Plaintiff a fully-executed version of the third-party agreement discussed at the Conference. To the extent that Defendant is unable to locate a fully-executed version, Defendant shall review the version of the agreement it has already produced to Plaintiff and, if accurate, represent to Plaintiff that it is the operative version.

      2. Defendant need not supplement its response to Plaintiff's Interrogatory No. 4 at this time.

      3. The parties shall endeavor to substantially complete their pre-Settlement Conference document productions by the middle of next week.

      4. Any party may order a transcript of the Conference by completing the annexed transcript request form and submitting it to etranscripts@nysd.uscourts.gov.

Dated: New York, New York
November 21, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge