UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAILWARE, INC.,

                      Plaintiff,

-v-

NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,

                      Defendant.

CIVIL ACTION NO. 22 Civ. 5013 (KPF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

A telephone conference is scheduled for **Thursday, December 7, 2023 at 10:00 a.m.** on the Court's conference line (the "Conference"). The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the Conference, the parties shall be prepared to discuss the issues raised in their letters at ECF Nos. 71 and 73.

Dated:      New York, New York
              December 6, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**