UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAILWARE, INC.,

                        Plaintiff,

  -v-                                        CIVIL ACTION NO. 22 Civ. 5013 (KPF) (SLC)

NATIONAL RAILROAD PASSENGER CORPORATION    **ORDER**
d/b/a AMTRAK,

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephone conference held today, December 7, 2023 (the "Conference") in advance of the settlement conference scheduled for December 15, 2023 (ECF No. 57), the Court orders as follows:

1. Disputes concerning Plaintiff's designation of certain documents as "Highly Confidential – Attorneys' Eyes Only" (ECF Nos. 71; 73) are resolved as discussed at the Conference.

2. Defendant's deadline to provide a response to Plaintiff's settlement demand is EXTENDED to **December 11, 2023 at 5:00 p.m.**

3. The parties' deadline to provide to the Court—with copy to each other—pre-conference statements is EXTENDED to **December 13, 2023 at 12:00 p.m.**

4. Any party may order a transcript of the Conference by completing the annexed transcript request form and submitting it to [etranscripts@nysd.uscourts.gov](mailto:etranscripts@nysd.uscourts.gov).

Dated:    New York, New York
          December 7, 2023

                                                                                                SO ORDERED.

                                                                                     _____
                                                                                  **SARAH L. CAVE**
                                                                                  **United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

[RESET]  [PRINT]  [SAVE]  [EMAIL]