UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAILWARE, INC.,<br><br>                    Plaintiff,<br><br>     -v-<br><br>NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,<br><br>                    Defendant. | CIVIL ACTION NO. 22 Civ. 5013 (KPF) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the settlement conference held today, December 15, 2023, a telephonic status conference to discuss settlement is scheduled for **Monday, February 5, 2024 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:   New York, New York
         December 15, 2023

                                        SO ORDERED.

                                        _____
                                        SARAH L. CAVE
                                        United States Magistrate Judge